UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RODERICK WASHINGTON, | ) | |
| | ) | |
| Petitioner, | ) | No. CV 10-468-CBM (AJW) |
| vs. | ) | |
| | ) | MEMORANDUM AND ORDER DISMISSING |
| BOARD OF PAROLE HEARINGS, | ) | PETITION WITHOUT PREJUDICE |
| MATTHEW CATE, et al., | ) | |
| | ) | |
| Respondents. | ) | |

On January 22, 2010, petitioner filed this habeas petition challenging the 2009 revocation of his parole. [Petition at 2-6]. It challenges the same parole revocation for the same reasons as a separate habeas petition that is already pending in this Court. [Case No. CV 08-8359-CBM(AJW)].[1] Because there is currently another petition pending involving the same petitioner and same subject, the interests of judicial economy and justice are best advanced by requiring that petitioner pursue his claims in a single proceeding. Accordingly,

---

[1] The Court takes judicial notice of the relevant official court files. See Fed. R. Evid. 201; Lee v. City of Los Angeles, 250 F.3d 668, 688 (9th Cir. 2001).

1 | this duplicative case is dismissed without prejudice.
2 | **IT IS SO ORDERED.**
3 |
4 | Dated: 2/23/2010
5 |
6 |
7 | Consuelo B. Marshall
United States District Judge