UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RODERICK WASHINGTON, | ) | |
| | ) | |
| Petitioner, | ) | No. CV 10-468-CBM (AJW) |
| vs. | ) | |
| | ) | JUDGMENT |
| BOARD OF PAROLE HEARINGS, | ) | |
| MATTHEW CATE, et al., | ) | |
| | ) | |
| Respondents. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: 2/23/2010

_____
Consuelo B. Marshall
United States District Judge